VERA WOJENSKI, as Administratrix of the Estate of ALEX WOJENSKI, Deceased, Appellant, *v.* CARLTON PRANKARD Respondent.

(Argued October 15, 1928; decided October 26, 1928.)

*Guy O. Walser* for appellant.

*John R. Vunk* and *George H. Carleton* for respondent.

*Per Curiam.* The judgment of the Appellate Division and that of the Trial Term should be reversed and a new trial granted, with costs to abide the event.

Held, that upon the record before us there was an issue of fact (1) as to whether the deceased was invited by the defendant to accompany him in the boat described in the evidence; (2) as to whether the defendant was guilty of negligence, and (3) as to whether the deceased was guilty of contributory negligence.

CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ., concur.

Judgment reversed, etc.